

RECEIVED

SEP 2 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X Kelly Uim Sc.    ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

1. Article Addressed to:

05-cv-555 (JJF)

LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DE  19801

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*    7002 2030  0003  0326 9380

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540