

RECEIVED
SEP 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Beatrice Ney_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Beatrice Ney   9/21/05 |
| 1. Article Addressed to:<br>CA. 05-555 (JJF)<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7002 2030 0003 0326 9373 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |