To: U.S. District Court, Judge: Joseph J. Farnan

From: Anthony L. Gaines  1:05-cv-555

Re: I, filed a Illegal probation sentence 8/10/2005

I, am asking the court Depositions/Discovery of all passed Department of Correction Status Sheets from Dec 6, 2001 to Present Date.

Superior Court Transactes from Hornorabe Judge: Jerome O Herlihy On July 9, 2004

Superior Court Order Sentence: Off-Line Sentencing Order Signed and Filed 12/26/01

Case No # 0002014423 / CR. A. NO. VN0003051201

Thank you

Anthony L. Gaines

FILED OCT 13 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Oct 6, 2005

IM Anthony L. Gaines
SBI# 181314   UNIT SHU-19-B-111
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Legal Mail

United States District Court
844 King Street, Lock 18
Wilmington, Delaware
19801

$00.370
OCT 12 2005
MAILED FROM ZIP CODE 19977