In The United States District Court

For The District of Delaware

Anthony L. Gaines     1:05-cv-00555

v.

Delaware Correctional Center

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For A Discovery

Comes Now, the appellant, Anthony L. Gaines, pro se, and moves this Honorable Court for Discovery to present

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant need all passed DOC Status Sheet from Case No# 0002014423 / 1-10-2001, 12-6-2001, level 4 portion sentence modify 3-7-2003, 6-22-2004 / 7-9-2004

2. Appellant need Superior Court Transactes 7-9-2004 / Case No# 0002014423 / CR.A.NO.VN0003051201

3. Superior Court Order Sentence: Off-Line Sentencing Order Signed and Filed 12/26/2001

Case No# 0002014423/CR.A.No.VN00030512DI

Wherefore, appellant prays this Honorable Court to grant Discovery, to appellant.

Date: October 7, 2005

Signed: Anthony L. Gaines

Anthony L. Gaines 181314
DE. Department of Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977

I/M Anthony L. Gaines
SBI# 181314   UNIT SHU-19-B-III
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

Legal Mail

United States District Court
844 King Street, Lock 18#
Wilmington, Delaware
19801