To: The Office of the Clerk, United States District Court

From: Anthony L. Gaines  1:05-CV-00555

Re: I, filed a illegal probation sentence 8-10-2005

I, would like a update as to where or what point is my motion now?.

I, am also moving the honorable court to grant a motion of discovery of my passed DOC status sheets and Superior Court Transactes, and Off-line sentencing order.

Thank you

Date: October 20, 2005

Signed: Anthony L. Gaines

Please. Write back

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Anthony L. Gaines
SBI# 181314   UNIT SHU19B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail