In The United States District Court

For The District of Delaware

Anthony L. Gaines           ) 1:05-CV-00555
   v.                       )
Delaware Correctional Center )

## Motion For A Discovery

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes now, the appellant, Anthony L. Gaines, Pro Se, and moves this Honorable Court for Discovery to present

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief.

1. Appellant need all passed DOC Status Sheets from Case No.#0002014423/1-10-2001, 12-06-2001, level 4. portion of sentence modify: 3-7-2003, 6-22-2004, 7-9-2004

2. Appellant need Superior Court Transactes 7-9-2004/Case No.#0002014423/CR.A.NO.#VN00030512O1

3. Superior Court Order Sentence: Off-Line Sentencing

Order Signed And Filed: 12-26-2001

Case No.# 0002014423 / CR.A. No.# VN00030512O1

 Wherefore, appellant pray this Honorable Court to grant Discovery, to appellant.

Date: October 20, 2005

Signed: Anthony L. Gaines

Anthony L. Gaines 181314
DE. Department of Correctional Cente
1181 Paddock Road.
Smyrna, Delaware. 19977

# Certificate of Service

I, **Anthony L. Gaines**, hereby certify that I have served a true and correct cop(ies) of the attached: ☒ **Motion For Discovery** _____ upon the following parties/person (s):

TO: U.S. Dirstrict Court
District of Delaware
Judge: Joseph J. Farnan Jr.
1:05-CV-555
Wilmington, Delaware. 19801

TO: Delaware Correctional Center
Warden: Thomas Carroll
DE. Correctional Center
1181 Paddock Road.
Smyrna, Delaware. 19977

TO: DE. State Attorney General
Jane Brady
820 N. French Street
Wilmington, Delaware.
19801

TO: Anthony L. Gaines
DE. Correctional Center
1181 Paddock Road
Smyrna, Delaware.
19977

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __21st__ day of __October__, 2005

IM Anthony L. Gaines
SBI# 181314    UNIT SHU19BUII
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.'s
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail