OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 31, 2005

TO:  Anthony L. Gaines
     SBI# 00181314
     DCC
     P.O. Box 500
     Smyrna, DE 19977

**RE:   Status Letter; 05-555(JJF)**

Dear Mr. Gaines:

This office received a letter from you requesting the status of your case.  Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court.  You will be advised by the Court as to further developments in your case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet