# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ANTHONY L. GAINES**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 05-555-JJF |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and **M. JANE BRADY**, | : |
| Attorney General of the | : |
| State of Delaware | : |
| | : |
| Respondents. | : |

## NOTICE OF FILING OF STATE COURT RECORDS

1.    Respondents file herewith certified copies of the following Delaware Superior Court documents in *State of Delaware v. Anthony L. Gaines*, ID No. 0002014423:[1]

    a.    Superior Court Criminal Docket dated November 21, 2005;

    b.    the court's order dated December 13, 2004 (Item 61);

    c.    the modified violation of probation sentence order dated January 19, 2005 (Item 62);

    d.    Gaines's petition for a state writ of habeas corpus (Item 63);

    e.    the court's order dated April 7, 2005 (Item 64);

    f.    Gaines's filing captioned motion for post conviction relief (Items 66 & 68);

    g.    the court's order dated June 2, 2005 (Item 69);

---

[1] The respondents will file a supplemental notice of filing of state court records when the state supreme court records in case No. 38, 2002 have been obtained, copied and certified from the court in Dover. The respondents anticipate that the state supreme court records will be filed prior to the extended December 15, 2005.

    h.    Gaines's petition for a state writ of habeas corpus filed on June 7, 2005 (Item 70);

    i.    the court's order dated July 25, 2005 (Item 71).

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500

Date: November 23, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on November 23, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on November 23, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    Anthony L. Gaines (No. 00181314)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977.

    /s/
    Thomas E. Brown (ID# 3278)
    Deputy Attorney General
    Del. Dept. of Justice

    Counsel for Respondents

Date: November 23, 2005