**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ANTHONY L. GAINES**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-555-JJF |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

**SUPPLEMENTAL NOTICE OF FILING OF STATE COURT RECORDS**

1.    Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Anthony L. Gaines v. State of Delaware*, No. 38, 2002:

    a.    the appellant's opening brief and appendix under Rule 26(c);

    b.    the State's response to appellant's Rule 26(c) brief

    c.    and the Court's order issued July 9, 2002.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500

Date: December 5, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on December 5, 2005 he caused to be electronically filed a Supplemental Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on December 5, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

>   Anthony L. Gaines (No. 00181314)
>   Delaware Correctional Center
>   1181 Paddock Road
>   Smyrna, DE 19977.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: December 5, 2005