U.S. District Court
District of Delaware (Wilmington)

To: Peter T. Dalleo, Court Clerk

From: Petitioner, Anthony L. Gaines #181314

Request update status on Habeas Corpus filed 08-01-05. Assigned to Honorable: Joseph J. Farnan Jr. 1:05-cv-00555 J.J.F.

 I, motion the Honorable Court for Superior Court transcriptes of July 9, 2004 Probation Hearing 0002014423/VN00030512R1

 The State Deputy Attonery General, Thomas E. Brown. Answer the petition and stated the court would have to order same Superior Court transcripts and would take 90 days from that date: Nov. 23, 2005

 A one dollar De. Correctional Center pay-to is in side to cover copies or letter of response.

Date: 3-13-2006         Thank you

                        Anthony L. Gaines

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG Scanned



I/M Anthony L. Gaines
SBI# 181314  UNIT SHU19B4/11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Office of the Clerk
844 N. King Street
Lock Box 18
Wilmington, DELAWARE 19801

Legal Mail

---

Date: March 13,
Pay-To: United States District Court
The Sum of: One Dollar   and Cents
Amount: $ 1.00

Address/to whom sent re
Anthony L. Gaines   SBI# 181314
DE Correctional Center   Log #
1181 Paddock Road   Check #
Smyrna, DE. 19977   Date of Ck

Inmate Signature: Anthony L. Gaines
OIC Signature:
Lieutenant Signature if Over $100.00
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)