OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 21, 2006

TO: Anthony L. Gaines
    SBI #181314
    DCC

*RE: Response to Letter dated 3/13/06, CA 05-555 JJF*

Dear Mr. Gaines:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case. Your "Pay to" form is returned to you – it is not needed by this office.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc:
enc. Docket Sheet

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00555-JJF
## Internal Use Only

Gaines v. Delaware Correctional Center et al  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/01/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Anthony L. Gaines**     represented by **Anthony L. Gaines**  
SBI# 00181314  
DCC  
P.O. Box 500  
Smyrna, DE 19977  
PRO SE

V.

**Respondent**

**Delaware Correctional Center**     represented by **Thomas E. Brown**  
Department of Justice  
820 N. French St.  
Wilmington, DE 19801  
(302) 577-8400  
Email: thomase.brown@state.de.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**Warden Thomas Carroll**     represented by **Thomas E. Brown**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of State of Delaware**     represented by **Thomas E. Brown**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| 08/01/2005 | 1 | PETITION for Writ of Habeas Corpus - filed by Anthony L. Gaines. (Attachments: # 1 Attachment 1# 2 Attachment 2 SEALED)(els, ) (Entered: 08/03/2005) |
|---|---|---|
| 08/01/2005 | 2 | REDACTED VERSION Attachment 2 of 1 Petition for Writ of Habeas Corpus by Anthony L. Gaines. (els, ) (Entered: 08/03/2005) |
| 08/10/2005 |  | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 08/10/2005) |
| 08/22/2005 | 3 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 9/30/2005. Signed by Judge Joseph J. Farnan, Jr. on 08/22/05. (Attachments: # 1 aedpa form)(afb, ) (Entered: 08/23/2005) |
| 08/30/2005 | 4 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (dlk ) (Entered: 08/31/2005) |
| 09/07/2005 | 5 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated 08/22/05,the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Joseph J. Farnan, Jr. on 09/07/05. (afb, ) (Entered: 09/09/2005) |
| 09/20/2005 |  | Remark : clerk sent be certified mail copies of D.I. 1, 2, 3, 4, and 5 to the Warden and AG per D.I. 5. (afb, ) (Entered: 09/20/2005) |
| 09/20/2005 | 6 | Postal Receipt(s) for the mailing of process to Thomas Carroll, Attorney General of State of Delaware (afb, ) (Entered: 09/23/2005) |
| 09/21/2005 | 7 | Return of Service Executed by Anthony L. Gaines. Attorney General of State of Delaware served on 9/21/2005, answer due 10/11/2005. (afb, ) (Entered: 09/23/2005) |
| 09/22/2005 | 8 | Return of Service Executed by Anthony L. Gaines. Thomas Carroll served on 9/21/2005, answer due 10/11/2005. (afb, ) (Entered: 09/23/2005) |
| 10/13/2005 | 9 | Letter to The Clerk of the Court from Anthony L. Gaines, pro se, dated 10/06/05 requesting discovery. (afb, ) (Entered: 10/18/2005) |
| 10/13/2005 | 10 | MOTION for Discovery - filed by Anthony L. Gaines. (afb, ) (Entered: 10/18/2005) |
| 10/13/2005 | 11 | DEFICIENCY NOTICE by the Court issued to Anthony L. Gaines re 10 MOTION for Discovery, 9 Letter. rmks: Certificate of Service not included with the document. (afb, ) (Entered: 10/18/2005) |
| 10/13/2005 |  | ***Motions terminated: 10 MOTION for Discovery filed by Anthony L. Gaines due to notice of deficiency (D.I. 11) for lack of service. (afb, ) (Entered: 10/18/2005) |
| 10/24/2005 | 12 | Letter to The Clerk of the Court from Anthony L. Gaines, dated 10/20/05 |

| | | |
|---|---|---|
| | | requesting status of case. Also, moving the Court to grant a Motion of Discovery. (afb, ) (Entered: 10/26/2005) |
| 10/24/2005 | 13 | MOTION for Discovery - filed by Anthony L. Gaines. (afb, ) (Entered: 10/26/2005) |
| 10/31/2005 | 14 | Letter to Anthony L. Gaines from The Clerk of the Court responding to letter (D.I. 12) requesting status of case. Case is pending before the Court. Copy of docket enclosed free of charge this request only. Copy fee is fifty cents per page. (afb, ) Modified on 11/1/2005 (afb, ). (Entered: 11/01/2005) |
| 11/03/2005 | 15 | First MOTION for Extension of Time to File Answer - filed by Delaware Correctional Center, Thomas Carroll, Attorney General of State of Delaware. (Brown, Thomas) (Entered: 11/03/2005) |
| 11/08/2005 | 16 | ORDER granting 15 Motion for Extension of Time to Answer. Delaware Correctional Center answer due 11/23/2005; Thomas Carroll answer due 11/23/2005; Attorney General of State of Delaware answer due 11/23/2005 . Signed by Judge Joseph J. Farnan, Jr. on 11/08/05. (afb, ) (Entered: 11/08/2005) |
| 11/15/2005 | 17 | State's Extension Could Be Denied re 15 First MOTION for Extension of Time to File Answer filed by Anthony L. Gaines. (afb, ) (Entered: 11/16/2005) |
| 11/23/2005 | 18 | RESPONSE to Petition for Writ of Habeas Corpus by Delaware Correctional Center, Thomas Carroll, Attorney General of State of Delaware. (Attachments: # 1 Exhibit Unreported opinion# 2 Exhibit Unreported opinion# 3 Exhibit Unreported opinion)(Brown, Thomas) (Entered: 11/23/2005) |
| 11/23/2005 | 19 | NOTICE of filing the following document(s) in paper format: Certified Delaware Superior Court Records. Original document(s) on file in Clerk's Office. Notice filed by Thomas E. Brown on behalf of Delaware Correctional Center, Thomas Carroll, Attorney General of State of Delaware (Brown, Thomas) (Entered: 11/23/2005) |
| 11/23/2005 | 22 | STATE COURT RECORD (Record on file in Clerk's Office) (afb, ) (Entered: 12/23/2005) |
| 12/05/2005 | 20 | NOTICE of filing the following document(s) in paper format: Certified State Supreme Court Documents. Original document(s) on file in Clerk's Office. Notice filed by Thomas E. Brown on behalf of Delaware Correctional Center, Thomas Carroll, Attorney General of State of Delaware (Brown, Thomas) (Entered: 12/05/2005) |
| 12/05/2005 | 21 | Pltf.'s Response to the Answer Defendants Motion to Dismiss. re 1 Petition for Writ of Habeas Corpus filed by Anthony L. Gaines. (afb, ) (Entered: 12/06/2005) |
| 12/05/2005 | 23 | STATE COURT RECORD (Record on file in Clerk's Office) (afb, ) (Entered: 12/23/2005) |
| | | |

| 02/24/2006 | ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006) |

COPY

U.S. District Court
District of Delaware (Wilmington)

To: Peter T. Dalleo, Court Clerk

From: Petitioner, Anthony L. Gaines #181314

Request update status on Habeas Corpus filed 08-01-05 Assigned to Honorable: Joseph J. Farnan Jr. 1:05-cv-00555 J.J.F.

I, motion the Honorable Court for Superior Court transcriptes of July 9, 2004 Probation Hearing 0002014425/VN00030512R1

The State Deputy Attonery General, Thomas E. Brown. Answer the petition and stated the court would have to order same Superior Court transcript and would take 90 days from that date. Nov. 23, 2005

A one dollar DE. Correctional Center pay-to is in side to cover copies or letter of response.

Date: 3-13-2006            Thank you

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG  scanned

Anthony L. Gaines



IM Anthony L. Gaines
SBI# 181314  UNIT SHU 19B111
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street
Lock Box 18
Wilmington, DELAWARE
19801

Legal Mail

Pay-To: United States District Court    Date: March 13,
The Sum of: One Dollar    Amount: $ 1.00    and Cents
Address/to whom sent:
Anthony L. Gaines    SBI# 181314
De. Correctional Center    Log #
1181 Paddock Road    Check #
Smyrna, De. 19977    Date of Ck

Anthony L. Gaines
Inmate Signature

OIC Signature

Lieutenant Signature if Over $100.00

Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)