IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF DELAWARE

ANTHONY L. GAINES
  Petitioner
v.
THOMAS CARROll, warden
And M. JANE BRADY
Attorney General of the
State of Delaware

Civ. Act. No. 05-555-JJF

Notice of Change of Address

1126 N. Heald Street, Wilmington, Delaware 19805

I, Anthony L. Gaines would like to Notify to U.S. District Court of my New Address. (302) 571-0515

Signed: Anthony L. Gaines
Date: May 16, 2006