IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTHONY L. GAINES,                          :
                                            :
            Petitioner,                     :
                                            :
    v.                                      :    Civ. Act. No. 05-555-JJF
                                            :
THOMAS L. CARROLL,  Warden,                 :
                                            :
            Respondent.                     :

## O R D E R

At Wilmington, this ___15___ day of August, 2006, for the

reasons set forth in the Memorandum Opinion issued this date;

        IT IS HEREBY ORDERED that:

    1.  Petitioner Anthony L. Gaines' Application For A Writ Of

Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**,

and the relief requested therein is **DENIED**.

    2.  Petitioner's Motions for Discovery are **DENIED** as moot.

(D.I. 10; D.I. 13.)

    3.  The Court declines to issue a certificate of

appealability because Petitioner has failed to satisfy the

standards set forth in 28 U.S.C. § 2253(c)(2).


_____
UNITED STATES DISTRICT JUDGE