**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Gaines, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civ. No. 05-cv-555 JJF |
| | ) |
| Delaware Correctional | ) |
| Center, et al. | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This __19th__ day of _____July_____, 2007, it appearing that:

1.    All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2.    The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3.    This case will be forwarded to the NARA after being held for the minimum period of six months.

4.    During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5.    The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW**, therefore, **IT IS ORDERED** that:

1.    When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2.    On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3.    Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4.    Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the NARA in accordance with the Records Disposition Program.

5.    After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

United States District Judge