REVIEWED
By Larisha Davis at 11:56 am, Jun 26, 2007

CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00555-JJF
Internal Use Only

| | |
|---|---|
| Gaines v. Delaware Correctional Center et al | Date Filed: 08/01/2005 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Date Terminated: 08/15/2006 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Anthony L. Gaines**  represented by  **Anthony L. Gaines**
Anthony L. Gaines, Pro Se
1126 N. Heald Street
Wilmington, DE 19805
PRO SE

V.

**Respondent**

**Delaware Correctional Center**  represented by  **Thomas E. Brown**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: thomase.brown@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Warden Thomas Carroll**  represented by  **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of State of Delaware**  represented by  **Thomas E. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2005 | 1 | PETITION for Writ of Habeas Corpus - filed by Anthony L. Gaines. (Attachments: # 1 Attachment 1# 2 Attachment 2 SEALED)(els, ) (Entered: 08/03/2005) |
| 08/01/2005 | 2 | REDACTED VERSION Attachment 2 of 1 Petition for Writ of Habeas Corpus by Anthony L. Gaines. (els, ) (Entered: 08/03/2005) |
| 08/10/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 08/10/2005) |
| 08/22/2005 | | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file |